**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco MINANO–CIUDAD,
Defendant–Appellant.**

No. 03–50034.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

---

* This panel unanimously finds this case suit-

Bruce Smith, AUSA, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

William R. Burgener, Esq., San Diego, CA, for Defendant-Appellant.

Before: KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM **

Francisco Minano–Ciudad appeals his 87–month sentence imposed following a guilty-plea conviction for possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).

We dismiss the appeal because Minano–Ciudad knowingly and voluntarily entered into a negotiated plea agreement in which he waived his right to appeal, and his sentence was consistent with the terms of the plea agreement. *See United States v. Nguyen*, 235 F.3d 1179, 1182–83 (9th Cir. 2000) (recognizing that courts will enforce waiver of appeal rights when waiver is knowing and voluntary).

**DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

